BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
NICOLE M. PHILLIPS, Bar No. 203786
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Fax (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 73<br><br>Plaintiffs,<br><br>v.<br><br>DELL ENGINEERING, A California Corporation,<br><br>Defendant. | No.   C 04-05135 JSW<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER**<br><br>Date:  May 20, 2005<br>Time:  1:30 p.m.<br>Ctrm:  2, 17th Floor |

**TO: THE CLERK OF THE COURT AND DEFENDANT DELL ENGINEERING, A California Corporation:**

Pursuant to Civil Local Rule 7-10(b), Plaintiffs hereby request that the initial case

---

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Pkwy
Alameda, CA 94501
(510) 337-1001

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C 04 05135 JSW

management conference scheduled for May 20, 2005 be continued for 60 days.

Defendant has not filed an answer or otherwise responded to the Complaint which was served on February 2, 2005, and for which proof of service was filed before this Court with the Summons on February 7, 2005.

On May 4, 2005, , Default was entered against the Defendant by the Court. Plaintiffs are in the process of filing and serving a Motion for Default Judgment and will be scheduling a hearing date with the Court for said Motion.

Dated: May 17, 2005

> WEINBERG, ROGER & ROSENFELD
> A Professional Corporation
>
> //s//
> CONCEPCIÓN E. LOZANO-BATISTA
> NICOLE M. PHILLIPS
> Attorneys for Plaintiffs

107930/383201

### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order, the Court orders a continuance of the case management conference for 60 days, or as soon thereafter as a court date is available. In addition, the Court Orders:
The Case Management Conference shall be conducted on July 29, 2005 at 1:30 p.m.

Dated: May 18, 2005

/s/ Jeffrey S. White
~~HONORABLE SUSAN ILLSTON~~
UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Pkwy
Alameda, CA 94501
(510) 337-1001

- 2 -
EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
Case No. C 04 05135 JSW